**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | **Case No. 3:17-cv-00105** |
| **Plaintiff,** | **JUDGE WALTER H RICE** |
| **vs.** | |
| **TAMARA S ALLISON AKA TAMARA S SIMPSON AKA SUSIE ALLISON** | **ORDER** |
| **Defendants** | |

Default having been entered in this action on this May 8, 2017, and the application of default judgment having been filed on May 4, 2017 and having been served on the Defendant TAMARA S ALLISON AKA TAMARA S SIMPSON AKA SUSIE ALLISON, Individually and as the alter ego of Christy Club, and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant TAMARA S ALLISON AKA TAMARA S SIMPSON AKA SUSIE ALLISON, Individually and as the alter ego of Christy Club, in favor of JOE HAND PROMOTIONS, INC., as follows:

| | | | |
|---|---|---|---|
| a. | 47 U.S.C. 605 (e)(3)(C)(i) and (C)(iii): | $ | 30,000.00 |
| b. | Attorneys' Fees | $ | 1,350.00 |
| d. | Costs: | $ | 400.00 |
| | | **Total:** | **$31,750.00** |

1

Accordingly, **JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $31,750.00.**

6-2-17

_____

UNITED STATES DISTRICT JUDGE