AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joe Hand Promotions, Inc.  
*Plaintiff*  
v.  
Tamara S. Allison  
*Defendant*  

Civil Action No. 3:17-cv-105

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: It is hereby ORDERED AND ADJUDGE that JUDGMENT be entered against Defendant Tamara S. Allison aka Tamara S. Simpson aka Susie Allison, individually as the alter ego of Christy Club, in Joe Hand Promotions, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Default Judgment

Date: 6/8/2017

CLERK OF COURT

Sophia R. Bryan  
Signature of Clerk or Deputy Clerk